UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **KIMBERLY MICHELLE WARE,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **STATE OF TENNESSEE,** | CASE NO: 17-1088-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting the Report and Recommendation of the United States Magistrate Judge and Dismissing the Pro Se Complaint entered on December 4, 2017, the Plaintiff's Pro Se Complaint is dismissed.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 12/4/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk