UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **KIMBERLY MICHELLE WARE,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **STATE OF TENNESSEE,** | CASE NO: 17-1088-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Report and Recommendation of Magistrate Judge for Dismissal, Denying Plaintiff's Motion for Appointment of Counsel, and Order Certifying Appeal Not Taken In Good Faith entered on June 29, 2018, this cause is hereby DISMISSED *sua sponte*.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 6/29/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk